1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,         )    Case No.: 2:16-CR-00210-JAK

11                                 )
                  Plaintiff,       )    ORDER OF DETENTION PENDING
12                                 )    FURTHER REVOCATION
            v.                     )    PROCEEDINGS
13                                 )    (FED. R. CRIM. P. 32.1(a)(6); 18
Ashanti Harrison,                  )    U.S.C. § 3143(a)(1))
14                                 )
                  Defendant.       )
15    _____)

16          The defendant having been arrested in this District pursuant to a warrant

17    issued by the United States District Court for the __Central_____ District of

18    __California_____ for alleged violation(s) of the terms and conditions of probation

19    or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22    A.  ( )    The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              ( )    information in the Pretrial Services Report and Recommendation

26              ( )    information in the violation petition and report(s)

27              ( )    the defendant's nonobjection to detention at this time

28              ( )    other: _____

1

1      and/ or

2   B. (×)    The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the safety

4      of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6        (×)    information in the Pretrial Services Report and Recommendation

7        (×)    information in the violation petition and report(s)

8        (×)    the defendant's nonobjection to detention at this time

9        ( )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  10/26/2023

                               SHASHI H. KEWALRAMANI

15                             UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28